UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHYLLIS JAGER,<br><br>    *Plaintiff,*<br><br>v.<br><br>DOORDASH, INC.,<br><br>    *Defendant.* | Civil Action No. 7:24-cv-09195-KMK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Phyllis Jager hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant Doordash, Inc.

Dated: March 7, 2025

                    Respectfully submitted,

                    **TARTER KRINSKY & DROGIN LLP**
                    *Attorneys for Plaintiff*

                    By: _____
                      Joel H. Rosner
                    Iris Velasquez
                    1350 Broadway
                    New York, New York 10018
                    Phone: (212) 216-8000
                    jrosner@tarterkrinsky.com
                    ivelasquez@tarterkrinsky.com